UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.3:14CR00191(MPS) |
| | : | |
| v. | : | |
| | : | |
| Martin Rodriguez | : | |
| | : | |

### ORDER TO TERMINATE TERM OF SUPERVISED RELEASE

In accordance with Title 18 U.S.C. §3583(e)(1), the Court hereby ORDERS that, as of March 10, 2021, Martin Rodriguez' term of supervised release shall be terminated in light of his anticipated successful completion of the Support Court Program, such that his supervision will be completed on March 10, 2021.

IT IS SO ORDERED

Signed this ___3rd_____day of March 2021.

_____/s/_____

The Honorable Michael P. Shea
U.S. District Judge